# Exhibit K

# AGREEMENT

## SAGINAW COUNTY COMMUNITY MENTAL HEALTH AUTHORITY

### AND

## SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 517M

JANUARY 1, 2012

THROUGH

DECEMBER 31, 2014

D 00496

# ARTICLE VII - DISCIPLINE, SUSPENSION AND DISCHARGE

7.1  The Employer shall have the right to discipline, suspend, or discharge any employee for just cause. Upon employee request, the Employer shall ensure that a union representative is present at all investigatory meetings that could lead to discipline. The Employer agrees to post a notice on a designated bulletin board at all locations notifying employees of their right to union representation at all investigatory meetings that could lead to discipline.

7.2  The Employer will use progressive discipline through the issuance of a verbal warning; then written warning; then three (3) days' suspension without pay; and finally discharge in all cases of employee Work Rule violations (standards of conduct) except when the employee's Work Rule (standard of conduct) violation, along with consideration of any prior Work Rule (standard of conduct) violation, constitutes just cause for more severe discipline, suspension, or discharge. A different progressive discipline procedure may be used in cases of absenteeism or tardiness. Employees will be required to acknowledge receipt of any discipline or discharge. The employee's signature indicates only that he/she has received a copy of the discipline or discharge and is not an indication that he/she agrees with the disciplinary action. If an employee refuses to sign an acknowledgement that he/she has received a copy of the discipline, he/she will be charged with insubordinate conduct and will be subject to discipline up to and including discharge.

7.3  Except for employees prior suspension relating to consumer abuse/neglect, prior disciplines cannot be considered in the determination of subsequent discipline after a period of two (2) years.

D 00521